7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Miranda L. Lewis
*Debtor*

**Norman Rouse**
　Plaintiff(s)

v.

**Matthew Legrand**
　Defendant(s)

*Bankruptcy Case No.*
13−30817−can7

*Adversary Case No.*
15−03016−can

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Court grants a Judgment against the Defendant Matthew Legrand Missouri for $6528.

　　　　　　　　　　　　　　　　　　　　　　　PAIGE WYMORE−WYNN
　　　　　　　　　　　　　　　　　　　　　　　Acting Court Executive

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jamie McAdams
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 2/8/16

Court to serve